# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 21, 2023

### NO. 03-22-00720-CV

**M. Y. and D. Y., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on November 8, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.